UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOELLEN REVELLA,

                           Plaintiff(s)

   -against-

KOHL'S DEPARTMENT STORES, INC.,

                          Defendant(s)
-------------------------------------------------------------X

07 CIV. 3692

DEFENDANT'S
RESPONSE TO RULE 1.9
DISCLOSURE

Trial by Jury Demanded

      Pursuant to Rule 1.9 of the General Rules of the Northern District of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for KOHL'S DEPARTMENT STORES, INC., certifies that the following is a corporate party, subsidiary, or affiliates of that party:

    Kohl's Corporation
    Kohl's Investment Corporation
    Kohl's Department Stores, Inc.
    Kohl's New York DC, Inc.
    Kohl's Texas, L.L.C.
    Kohl's Texas Limited Partner, L.L.C.
    Kohl's Pennsylvania, Inc.
    Kohl's Illinois, Inc.
    Kohl's Indiana, Inc.
    Kohl's Indiana, L.P.
    Kohl's Texas, L.P.

Dated:  Carle Place, New York
          May 7, 2007

Yours, etc.

By: Steven F. Goldstein (2076)
STEVEN F. GOLDSTEIN, LLP
Attorneys for Defendant
One Old Country Road, Suite 318
Carle Place, New York 11514
(516) 873-0011