# LINENS·N·THINGS

Date: 2/24/2006

Ms. Joellen Revela-Nemeth
22 Pleasant Ave Apt 2
Walden, NY 12586

Dear Ms. Revela-Nemeth

This is to inform you that Linens 'N Things has discontinued consideration
of your employment. This decision was made as a result of the USIS
employment Screening findings.

The findings are detailed for your review on the attached employment
screening report. We have also included a summary of your rights
explaining the steps you may take regarding the screening findings. Should
you have any questions contact the USIS Corrections Department at 1-800-
570-4831.

The Office of the Director of Loss Prevention

**USIS**

# USMA Theft Database

```
Customer:               Linens N Things , Inc (64561)
Actor:                  Location 636 (lnt0636)
Location Number:        636
```

1. "EMPLOYEE" or "PROSPECTIVE EMPLOYEE" ON WHOM THIS REPORT IS ISSUED:

JOELLEN REVELA-NEMETH
22 PLEASANT AVE
WALDEN, NY 12586


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
DRIVERS LICENSE #:
DATE of BIRTH:  1/ 7/1973

2. "EMPLOYER" or "PROSPECTIVE EMPLOYER" REQUESTING THIS REPORT:

LINENS 'N THINGS, INC.


DATE REQUEST PROCESSED: 2/14/2006
REQUEST LOCATION:   636

3. INFORMATION ABOUT SUBJECT REPORTED TO "EMPLOYER" OR "PROSPECTIVE EMPLOYER:"

```
            SUBMITTED BY:  KOHLS
            MATCHED DATA:  Joellen  Revella
                 Address:  22 PLEASANT AVE
                       :  WALDEN, NY ,12586
        Social Security #:  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
           Date of Birth:  1/ 7/1973
             REPORT DATE:  2/15/2006
         TYPE OF INCIDENT:  Unauthorized Taking of Merchandise    AMOUNT: $ 45.02
        EMPLOYEE INCIDENT:  YES
              OCCURED AT:  379 ,NY
INCIDENT/DISPOSITION DATE:  1/12/2004
INFORMATION VERIFIED BY SUBMITTING COMPANY:  Other Documentation
```

# KOHL'S

March 2, 2006

Joellen Revella
22 Pleasant Avenue
Walden, NY 12586

Dear Ms. Revella,

Please accept this letter as my deepest apology for any inconvenience that you may have experienced regarding your name appearing in the United Store Mutual Association (USMA) database. I do not know how this could have happened, but I assure you that your name has been removed and the record has been deleted.

Our records indicate that you resigned your position from our location in Shirley, NY on January 12, 2004 under good terms.

Should you have any questions regarding this matter please feel free to contact me directly. If any potential or past employers of yours would like to discuss this further please feel free to direct them to me.

Sincerely,

Kevin Rizzardi
Regional Director of Loss Prevention
Kohl's Department Stores Inc.
Office – 908.322.4363
Cell – 908.397.5241



March 28, 2006

Joellen Revella-nemeth
22 Pleasant Ave Apt 2
Walden, NY 12586

Dear Ms. Revella-nemeth:

After receiving your dispute regarding information in your file at USIS, USIS conducted an investigation of your dispute. That reinvestigation has been completed. Enclosed is your current file. Any disputed information that has not at this time been verified has been deleted. The furnisher of that information has verified the disputed information that remains.

The procedure used by USIS to reinvestigate a dispute is to directly contact that furnisher of the information of the information and advise them of your dispute. They in turn advise us whether the information currently stored by USIS is correct. The source of the information is normally the records of the company or personal knowledge of the person being interviewed of the events in question. The furnisher's business name, address and telephone number are the same as listed on the report.

If you have not already done so, you have the right to place a statement in your file setting forth the reasons why you dispute certain information or believe that it is incomplete, or to provide an explanation of some negative information. You also may revise your statement at any time. To enter or revise your statement, contact USIS at 1-800-381-0645. USIS personnel will assist you in formulating your statement.

If information has been deleted from your report or if you have added a statement, you are entitled to have a copy of your current report with your statement sent to any person(s) specifically identified by you who received the report within the last two years that contained the deleted or disputed information. USIS may impose a charge for providing those notices. To determine those charges, just ask the consumer consultant representative.

If you have any questions, please contact us at 1-800-381-0645

Sincerely,

Consumer Consulting Department

Enclosure

Verification Complete

1. "EMPLOYEE" or "PROSPECTIVE EMPLOYEE" ON WHOM THIS REPORT IS ISSUED:

                         JOELLEN REVELA-NEMETH
                         22 PLEASANT AVE
                         WALDEN, NY 12586

                         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
                         DRIVERS LICENSE #:
                    DATE of BIRTH:  1/ 7/1973

2. "EMPLOYER" or "PROSPECTIVE EMPLOYER" REQUESTING THIS REPORT:
                         LINENS 'N THINGS, INC.

             DATE REQUEST PROCESSED: 2/14/2006
                REQUEST LOCATION:   636

3. INFORMATION ABOUT SUBJECT REPORTED TO "EMPLOYER" OR "PROSPECTIVE EMPLOYER:"
          Subject CLEAR in USMA Theft Database

sasnclas7@aol.com, 10:45 AM 12/28/2005, Fwd: Interview

Case 7-07-cv-03692-GAY    Document 6-2    Filed 06/08/2007    Page 6 of 6

Date: Wed, 28 Dec 2005 10:45:04 -0500
From: sasnclas7@aol.com
Subject: Fwd: Interview
To: blrevell@med.cornell.edu
X-Mailer: AOL WebMail 15106
Sun-Java-System-SMTP-Warning: Lines longer than SMTP allows found and truncated.
X-MB-Message-Source: WebUI
X-MB-Message-Type: User
X-AOL-IP: 205.188.149.13
X-Spam-Flag: NO
X-PMX-Version: 4.7.1.128075, Antispam-Engine: 2.1.0.0,
 Antispam-Data: 2005.12.28.13
Original-recipient: rfc822;blrevell@med.cornell.edu


-----Original Message-----
From: McKay, Casey <cmckay@c21stores.com>
To: sasnclas7@aol.com
Cc: Goldschmidt, Peter <pgoldschmidt@c21stores.com>
Sent: Fri, 23 Dec 2005 15:02:11 -0500
Subject: Interview


Hi JoEllen,

   Thank you for taking the time to discuss possible career opportunities with Century 21 Department Stores. It was a pleasure!
   Listed below are the details for your interview.

   **Date:**      Tuesday 12/27/05
   **Time:**      2:00pm
   **Interviewer:**   Peter Goldschmidt /*Corporate Recruiter*
   **Address:**      175 Broadway (Employee Entrance)
               Between Dey St. and Cortlandt St.
   **Location:**      &nbs
   Please feel free to contact me if you have any further questions regarding your commute, or if you need to
   reschedule your interview.

                  Casey McKay
               Human Resources Assistant
               Century 21 Department Stores NY
                  212.227.9092 ext. 2744

000006