# EXHIBIT B

# USiS

# USMA Theft Database

```
Customer:              Linens N Things , Inc (64561)
Actor:                 Location 636 (lnt0636)
Location Number:       636
```

1. "EMPLOYEE" or "PROSPECTIVE EMPLOYEE" ON WHOM THIS REPORT IS ISSUED:
   JOELLEN REVELA-NEMETH
   22 PLEASANT AVE
   WALDEN, NY 12586

   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
   DRIVERS LICENSE #:
   DATE of BIRTH: 1/ 7/1973

2. "EMPLOYER" or "PROSPECTIVE EMPLOYER" REQUESTING THIS REPORT:
   LINENS 'N THINGS, INC.

   DATE REQUEST PROCESSED: 2/14/2006
   REQUEST LOCATION:    636

3. INFORMATION ABOUT SUBJECT REPORTED TO "EMPLOYER" OR "PROSPECTIVE EMPLOYER:"
```
          SUBMITTED BY:  KOHLS
          MATCHED DATA:  Joellen  Revella
               Address:  22 PLEASANT AVE
                      :  WALDEN, NY ,12586
      Social Security #: 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
         Date of Birth:  1/ 7/1973
           REPORT DATE:  2/15/2006
       TYPE OF INCIDENT: Unauthorized Taking of Merchandise      AMOUNT: $ 45.02
     EMPLOYEE INCIDENT:  YES
           OCCURED AT:   379 ,NY
INCIDENT/DISPOSITION DATE: 1/12/2004
INFORMATION VERIFIED BY SUBMITTING COMPANY:  Other Documentation
```

000002