| | | |
|---|---|---|
| GERALD N. JACOBOWITZ<br>DAVID B. GUBITS<br>JOHN H. THOMAS JR.<br>GERALD A. LENNON<br>PETER R. ERIKSEN<br>HOWARD PROTTER<br>DONALD G. NICHOL<br>LARRY WOLINSKY<br>ROBERT E. DINARDO<br>J. BENJAMIN GAILEY<br>MARK A. KROHN*<br>JOHN C. CAPPELLO<br>GEORGE W. LITHCO<br>MICHAEL L. CAREY<br>* L.L.M. IN TAXATION | JACOBOWITZ AND GUBITS, LLP<br>────────────<br>COUNSELORS AT LAW<br>158 ORANGE AVENUE<br>POST OFFICE BOX 367<br>WALDEN, NEW YORK 12586-0367<br>────────────<br>(845) 778-2121   (845) 778-5173 FAX<br>E-mail: info@jacobowitz.com | G. BRIAN MORGAN<br>KIRK VAN TASSELL<br>SANFORD R. ALTMAN<br>MARK T. STARKMAN<br>AMANDA B. BRADY<br>MICHELE L. BABCOCK<br>GARY M. SCHUSTER<br>WILLIAM E. DUQUETTE<br>JOSEPH J. RANNI<br>AUDREY L. F. SCOTT<br>CARMEE G. MURPHY<br><br>PAULA ELAINE KAY*<br>IRA J. COHEN*<br>*Of Counsel |

July 10, 2007

By ECF
Hon. Magistrate Mark D. Fox
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

          Re:    Revella v. Kohl's Department Stores, Inc.
                 Docket No.: 07cv03692

Dear Magistrate Judge Fox:

    I am the attorney in the above firm assigned to represent the Plaintiff in the above matter.

    I write to request that Plaintiff's time to serve its opposition to the Defendant's motion for summary judgment be extended to Friday, July 13th, 2007. This is Plaintiff's first request for an extension of time. We have spoken to defense counsel and they also consent to this request.

    The extension is necessary due to other pressing commitments and summer vacation schedules.

    For the foregoing reasons, Plaintiff respectfully requests that its time to serve its opposition to Defendant's motion to dismiss be extended from July 9, 2007 until July 13, 2007.

    Please contact me if there is any additional information or documentation the Court would deem helpful. Thank you for your time, attention and consideration of this matter.

                        Sincerely,

                        ____s/_____
                        Joseph J. Ranni, Attorney for Plaintif

JJR/dmg
Enc.
cc:    Steven Goldstein, Esq. (by fax **(516) 873-0120**)

T:\DOCS\8027\001\16N8996.WPD