GERALD N. JACOBOWITZ
DAVID B. GUBITS
JOHN H. THOMAS JR.
GERALD A. LENNON
PETER R. ERIKSEN
HOWARD PROTTER
DONALD G. NICHOL
LARRY WOLINSKY
ROBERT E. DINARDO
J. BENJAMIN GAILEY
MARK A. KROHN*
JOHN C. CAPPELLO
GEORGE W. LITHCO
MICHAEL L. CAREY
\* L.L.M. IN TAXATION

JACOBOWITZ AND GUBITS, LLP

COUNSELORS AT LAW

158 ORANGE AVENUE
POST OFFICE BOX 367
WALDEN, NEW YORK 12586-0367

(845) 778-2121    (845) 778-5173 FAX
E-mail: info@jacobowitz.com

G. BRIAN MORGAN
KIRK VAN TASSELL
SANFORD R. ALTMAN
MARK T. STARKMAN
AMANDA B. BRADY
MICHELE L. BABCOCK
GARY M. SCHUSTER
WILLIAM E. DUQUETTE
JOSEPH J. RANNI
AUDREY L. F. SCOTT
CARMEE G. MURPHY

PAULA ELAINE KAY*
IRA J. COHEN*
*Of Counsel

July 11, 2007

Via Federal Express Overnight Mail

Magistrate Judge Mark D. Fox
United States District Court
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601-4150

      RE:    Revella v. Kohl's Department Store
              Case No. 07-cv-03692
              Our File No. 8027-1

Dear Magistrate Judge Fox:

    This firm represents the plaintiff in this matter.

    It is respectfully requested that the Court grant us permission to file the exhibits to the Affidavit of JoEllen Revella and the Affirmation in Opposition of Joseph J. Ranni by hard copy, to be overnighted on Thursday, July 12, 2007. The Affidavit and Affirmation will be electronically filed on Friday, June 13, 2007, along with Plaintiff's Memorandum of Law In Opposition. The exhibits are voluminous and we are unable to successfully scan and electronically file them.

    If the Court grants us permission to deliver the exhibits as stated above, please return this request to the above facsimile number or call us to advise that permission has been put on the docket.

    Thank you for your consideration to this request.

                            Very truly yours,

                            Joseph J. Ranni, Esq. (8537)

SO ORDERED

_____
Hon. Mark D. Fox, M.J.S.C.    Dated:

T:\DOCS\8027\001\16O1521.WPD