UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
JOELLEN REVELLA,

                    Plaintiff,

            -against-

KOHL'S DEPARTMENT STORES, INC.,,

                    Defendants.
--------------------------------------------------------------------X

**AFFIRMATION IN OPPOSITION**

Docket No.: 07 CV 03692

STATE OF NEW YORK    )
                   :    SS.:
COUNTY OF ORANGE   )

      JOSEPH J. RANNI, ESQ., an attorney duly admitted to practice law in the Courts of New York affirms as follows:

      1.     I am associated with the law firm of Jacobowitz and Gubits, LLP, attorneys for the plaintiff, JOELLEN REVELLA, and as such is fully familiar with the facts and prior proceedings had herein.

      2.     I submit this affirmation for the purpose of authenticating the following exhibits:

      **Exhibit 1**:    Plaintiff's resignation letter dated January 12, 2004;

      **Exhibit 2**:    Letter from Linens-N-Things dated February 24, 2006;

      **Exhibit 3**:    USIS incident report issued to Linens-N-Things dated February 15, 2006;

      **Exhibit 4**:    Fascimile from plaintiff to USIS dated March 1, 2006;

      **Exhibit 5**:    Letter from defendant dated March 2, 2006;

      **Exhibit 6**:    Letter from USIS dated March 28, 2006;

      **Exhibit 7**:    Plaintiff's Summons and Complaint dated March 1, 2007;

      **Exhibit 8**:    Defendant's Notice of Removal dated May 7, 2007;

      **Exhibit 9**:    Defendant's Verified Answer dated May 11, 2007;

      **Exhibit 10:**   Defendant's First Set of Interrogatories dated May 29, 2007;

**Exhibit 11:**   Defendant's Rule 26 Initial Disclosures dated June 4, 2007;

**Exhibit 12:**   Plaintiff's Rule 26 Initial Disclosures dated June 8, 2007;

**Exhibit 13:**   Plaintiff's subpoenas of USIS and USMA information dated June 8, 2007;

**Exhibit 14:**   Letter to defendant's counsel dated June 11, 2007;

**Exhibit 15:**   Plaintiff's First Set of Interrogatories dated June 12, 2007;

**Exhibit 16:**   Plaintiff's First Set of Request for Production of Documents dated June 12, 2007;

**Exhibit 17:**   Plaintiff's Responses to Defendant's First Set of Interrogatories dated June 13, 2007;

**Exhibit 18:**   Defendant's Notice for Discovery and Inspection dated June 13, 2007;

**Exhibit 19:**   Defendant's Supplemental Rule 26 Initial Disclosures dated June 13, 2007;

**Exhibit 20:**   Letter to defendant's counsel dated June 22, 2007;

**Exhibit 21:**   Plaintiff's Second Set of Interrogatories dated June 22, 2007;

**Exhibit 22:**   Plaintiff's Demand for Deposition of George Rebicek dated June 22, 2007;

**Exhibit 23:**   USIS letter together with USIS documents dated July 2, 2007;

**Exhibit 24:**   Defendant's Second Notice for Discovery and Inspection dated July 3, 2007; and,

**Exhibit 25:**   Letter to defendant's counsel dated July 5, 2007.

Dated: Walden, New York
      July 11, 2007.

Yours, etc.

    s/
JOSEPH J. RANNI, ESQ.
Jacobowitz & Gubits, LLP
*Attorney for Plaintiff, JoEllen Revella*
158 Orange Avenue, P.O. Box 367
Walden, New York 12586
(845) 778-2121

TO:    STEVEN F. GOLDSTEIN
        Steven F. Goldstein, LLP
        *Attorney for Defendant, Kohl's Dept. Stores, Inc.*
        One Old Country Road, Suite 318
        Carle Place, New York 11514
        (516) 873-0011