GERALD N. JACOBOWITZ
DAVID B. GUBITS
JOHN H. THOMAS JR.
GERALD A. LENNON
PETER R. ERIKSEN
HOWARD PROTTER
DONALD G. NICHOL
LARRY WOLINSKY
ROBERT E. DINARDO
J. BENJAMIN GAILEY
MARK A. KROHN*
JOHN C. CAPPELLO
GEORGE W. LITHCO
MICHAEL L. CAREY
\* L.L.M. IN TAXATION

JACOBOWITZ AND GUBITS, LLP

COUNSELORS AT LAW

158 ORANGE AVENUE
POST OFFICE BOX 367
WALDEN, NEW YORK 12586-0367

(845) 778-2121    (845) 778-5173 FAX
E-mail: info@jacobowitz.com

KIRK VAN TASSELL
SANFORD R. ALTMAN
MARK T. STARKMAN
AMANDA B. BRADY
MICHELE L. BABCOCK
GARY M. SCHUSTER
WILLIAM E. DUQUETTE
JOSEPH J. RANNI
CARMEE G. MURPHY
ALYSE D. TERHUNE
KARA J. CAVALLO
JOHN J. REVELLA

July 28, 2008

by ECF
Honorable George A. Yanthis
United States Courthouse
300 Quarropas Street, Room 521
White Plains, New York 10601

          Re:    Revella v. Kohl's

                 Docket No.: 07-cv-03692
                 Our File No. 8027-1

Dear Judge Yanthis:

    As the Court is aware, we represent the Plaintiff in the above-referenced matter.

    Pursuant to the directions of the Court, Plaintiff seeks to memorialize the conference of today.

    Defendant will produce for deposition Marian Harrison, of Linens-n-Things, on or before August 5th, 2008.

    Plaintiff has made an application for preclusion of Marian Harrison as a witness should Defendant fail to produce her within such time. The Court stated such would be considered in that event.

    The mediation presently scheduled for August 5th, 2008 shall go forward.

    The next conference is scheduled for August 18th, 2008 at 9:00 a.m. by telephone. Plaintiff will initiate the call unless otherwise agreed.

    This concludes the issues before the Court this date. Thank you for your time, attention and consideration of this matter.

                                        Sincerely,

                                        S/
                                        Joseph J. Ranni

JJR/dmg
cc:    Christopher Invidiata, Esq.

T:\DOCS\8027\001\17T7749.WPD-DG