GERALD N. JACOBOWITZ
DAVID B. GUBITS
JOHN H. THOMAS JR.
GERALD A. LENNON
PETER R. ERIKSEN
HOWARD PROTTER
DONALD G. NICHOL
LARRY WOLINSKY
ROBERT E. DINARDO
J. BENJAMIN GAILEY
MARK A. KROHN*
JOHN C. CAPPELLO
GEORGE W. LITHCO
MICHAEL L. CAREY
  * L.L.M. IN TAXATION

KIRK VAN TASSELL
SANFORD R. ALTMAN
MARK T. STARKMAN
AMANDA B. BRADY
MICHELE L. BABCOCK
GARY M. SCHUSTER
WILLIAM E. DUQUETTE
JOSEPH J. RANNI
CARMEE G. MURPHY
ALYSE D. TERHUNE
KARA J. CAVALLO
JOHN J. REVELLA
TOBIAS A. LAKE

# JACOBOWITZ AND GUBITS, LLP

COUNSELORS AT LAW

158 ORANGE AVENUE
POST OFFICE BOX 367
WALDEN, NEW YORK 12586-0367

(845) 778-2121   (845) 778-5173 FAX
E-mail: info@jacobowitz.com

August 13, 2008

by ECF
Honorable George A. Yanthis
United States Courthouse
300 Quarropas Street, Room 521
White Plains, New York 10601

       Re: Revella v. Kohl's
         Docket No.: 07-cv-03692
         Our File No. 8027-1

Dear Judge Yanthis:

 As the Court is aware, we represent the Plaintiff in the above-referenced matter.

 Plaintiff requests a trial date be scheduled at the Court's earliest convenience.

 The Court directed mediation through the Southern District Mediation Program which was unsuccessful. However, I have been advised another mediation date is to be scheduled as Defendant's counsel appeared at the mediation without a person with authority. Plaintiff's counsel does not believe that mediation will be successful and respectfully requests the Court direct such process to be discontinued.

 We are willing to attempt mediation if Defendant's attend with a meaningful good faith offer of over $200,000.00.

 Please contact your undersigned if there is any additional information or documentation the Court may deem helpful. Thank you for your attention, assistance and courtesies.

       Sincerely,

       s/
       Joseph J. Ranni

JJR/dmg

T:\DOCS\8027\001\17V3801.WPD-DG